# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ARIELLE JULIA ROFFMAN

    *Plaintiff* )
    v. )    Civil Action No. 1:25-cv-00361-MOC-SCR
     )
ASHEVILLE ACADEMY FOR GIRLS, LLC (f/k/a )
SOLSTICE EAST, LLC and MAGNOLIA MILLS )
SCHOOL), WILDERNESS TRAINING & )
CONSULTING, LLC (d/b/a FAMILY HELP AND )
WELLNESS), and JOHN DOE ENTITIES 1-10, )
    *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    WILDERNESS TRAINING & CONSULTING, LLC
    (d/b/a FAMILY HELP AND WELLNESS)
    c/o Ct Corporation System
    160 Mine Lake Ct Ste 200
    Raleigh NC  27615-6417

    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Joel R. Rhine
    Ruth A. Sheehan
    RHINE LAW FIRM, P.C.
    1612 Military Cutoff Road, Suite 300
    Wilmington, NC 28403

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*[Signature]*
Katherine Hord Simon, Clerk
United States District Court

Date  10/20/2025

**Civil Action No.** 1:25-cv-00361-MOC-SCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at *(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❑     I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

I declare under penalty of perjury that this information is true.

**Date:**_____       _____
                                                                                          **Server's signature**

                                                                   _____
                                                                       **Printed name and title**

                                                                  _____
                                                                          **Server's address**

**Additional information regarding attempted service, etc:**

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

ARIELLE JULIA ROFFMAN

      *Plaintiff*    )
      v.    )   Civil Action No. 1:25-cv-00361-MOC-SCR
   )

ASHEVILLE ACADEMY FOR GIRLS, LLC (f/k/a SOLSTICE EAST, LLC and MAGNOLIA MILLS SCHOOL), WILDERNESS TRAINING & CONSULTING, LLC (d/b/a FAMILY HELP AND WELLNESS), and JOHN DOE ENTITIES 1-10,

      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    ASHEVILLE ACADEMY FOR GIRLS, LLC
    (f/k/a SOLSTICE EAST, LLC and MAGNOLIA MILLS SCHOOL)
    c/o CT Corporation System
    160 Mine Lake Ct Ste 200
    Raleigh NC 27615

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Joel R. Rhine
    Ruth A. Sheehan
    RHINE LAW FIRM, P.C.
    1612 Military Cutoff Road, Suite 300
    Wilmington, NC 28403

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*/s/ Katherine d. Simon*

Katherine Hord Simon, Clerk
United States District Court

Date: 10/20/2025

**Civil Action No.** 1:25-cv-00361-MOC-SCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at** *(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

I declare under penalty of perjury that this information is true.

Date:_____            _____
                                                                  **Server's signature**

                                              _____
                                                              **Printed name and title**

                                              _____
                                                                   **Server's address**

**Additional information regarding attempted service, etc:**